# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: THOMAS SKINNER,** | CIVIL ACTION |
| Debtor | NO. 14-6697 |
| | |
| | BANKRUPTCY CASE |
| **WILLIAM SKINNER,** | NO. 13-13318 |
| Appellant-Plaintiff, | ADVERSARY |
| v. | NO. 13-405 |
| **THOMAS SKINNER and ANNA SKINNER,** | |
| Appellees-Defendants. | |

## O R D E R

**AND NOW**, this 27th day of May, 2015, after consideration of Appellant-Plaintiff William Skinner's Brief (ECF 3), Appellees-Defendants Thomas and Anna Skinner's Brief (ECF 4), and William Skinner's Reply Brief (ECF 5), it is hereby **ORDERED** that the Bankruptcy Court's Order dated October 8, 2014 dismissing the amended complaint in this adversary proceeding is **AFFIRMED**. The Clerk shall close this case.

BY THE COURT:

Timothy J. Savage, for

**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-6697 skinner v. skinner\14cv6697.order.2015.05.22.docx